PULTON CHAIN CO., INC., PLAINTIFF *v.* UNITED STATES, DEFENDANT

Court No. 91–08–00579

(Dated December 14, 1993)

## AMENDED JUDGMENT

RESTANI, *Judge:* This case having been submitted for decision and the Court, after deliberation, having rendered a decision therein; now, in conformity with that decision,

IT IS HEREBY ORDERED: that the court affirms the results of the remand determination rendered in compliance with Slip Op. 93–202, issued herein. Plaintiff's dumping margin for the period of April 1, 1981—March 31, 1982 shall be 5.22%. Plaintiff's dumping margin for the period April 1, 1982—March 31, 1983 shall be 5.45%, as determined by the Secretary.